IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHARESE V. GOODSON on behalf of ANTONIO DEWAYNE GOODSON, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV 315-051 ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

**O R D E R**

Plaintiff filed the above-captioned social security appeal on June 15, 2015, and was granted permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2, 3.) However, it has come to the Court's attention that although a summons was issued for Defendant, (see doc. no. 4), summonses were not issued for the civil process clerk at the office of United States Attorney for the Southern District of Georgia or for Loretta E. Lynch, the Attorney General of the United States, as is required to properly effect service under Federal Rule of Civil Procedure 4(i). As the issuance of the appropriate summons at the time of granting the IPF is normally a routine matter, but nonetheless essential to the progress of this case, and as the Court has an interest in the efficient management of its docket, Plaintiff's counsel is directed to inform the Court within seven days of the date of this Order of any problems which she may have encountered in attempting to secure summons.

The Court reminds Plaintiff that Federal Rule of Civil Procedure allows for 120 days from the filing of the complaint to effect service of process. See Fed. R. Civ. P. 4(m).

SO ORDERED this 13th day of October, 2015, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA