ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV 13 AM 11: 54
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHARESE V. GOODSON on behalf of ANTONIO DEWAYNE GOODSON, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) | CV 315-051 | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, ) ) ) ) | | |
| Defendant. ) | | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 13th day of November, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE