AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHARESE V. GOODSON on behalf of ANTONIO
DEWAYNE GOODSON,

    Plaintiff,

                  v.

CAROLYN W. COLVIN, Acting Commissioner of Social
Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV315-051

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 13, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice and stands CLOSED.

November 13, 2015
*Date*



Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03